UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ANDREW GUY MORET,

Plaintiff,

v.

MICHAEL J. NAUGHTON;
BRIAN HOLOYDA; OMB,

Defendants.

Case No. 6:25-cv-02043-MC

**ORDER**

---

MCSHANE, Chief Judge.

Plaintiff, a self-represented adult in custody (AIC) at the Oregon State Penitentiary (OSP), brings suit under 42 U.S.C. § 1983 alleging that Defendants violated his constitutional rights by forcibly medicating him. Plaintiff also seeks a preliminary injunction enjoining Defendants from administering medication involuntarily.

To obtain preliminary injunctive relief, Plaintiff must show "that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008). Alternatively, "'serious questions going to the merits' and a balance of hardships that tips sharply towards the plaintiff can support issuance of a preliminary injunction, so long as the plaintiff also shows that there is a likelihood of irreparable injury and that the injunction is in the public interest." *Alliance for the Wild Rockies v. Cottrell,* 632 F.3d 1127, 1135 (9th Cir. 2011). Plaintiff fails to establish these elements.

Plaintiff asserts only that Defendants "forgot" to medicate him for over one month and he remained stable. Plaintiff asserts that this shows he is not mentally ill and requests that the Court order Defendants to stop his medication. However, Plaintiff presents no facts or argument showing that he is likely to succeed on the merits and likely to suffer irreparable harm, that the balance of equities tips in his favor, and that injunctive relief is in the public interest. Plaintiff simply states that he is stable without medication and that Defendants "don't want to admit it." Pl.'s Mot. for Prelim. Inj. at 2. This assertion is not sufficient.

Accordingly, Plaintiff's Motion for Preliminary Injunction (ECF No. 26) is DENIED with leave to renew after Defendants appear in this action and file an Answer.

IT IS SO ORDERED.

DATED this 4th day of September, 2026.

s/ Michael J. McShane
MICHAEL J. MCSHANE
United States District Judge