UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ANDREW GUY MORET,

Plaintiff,

v.

MICHAEL J. NAUGHTON;
BRIAN HOLOYDA; OMB,

Defendants.

Case No. 6:25-cv-02043-MC

**ORDER**

MCSHANE, Chief Judge.

Plaintiff, a self-represented adult in custody (AIC) at the Oregon State Penitentiary (OSP), brings suit under 42 U.S.C. § 1983 alleging that Defendants violated his constitutional rights by forcibly medicating him. Plaintiff now renews his motion for a preliminary injunction enjoining Defendants from administering medication involuntarily.

Plaintiff presents no facts or argument showing the likelihood of success on the merits, the likelihood of irreparable harm, that the balance of equities tips in his favor, and that injunctive relief is in the public interest. *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008). Plaintiff simply alleges that Defendants changed Plaintiff's medication from Haldol to Risperdol after prescribing Haldol for a year. Pl.'s Ex Parte Mot. for Prelim. Inj. at 1-2. A change in medication does not show a likelihood of success on the merits or the likelihood of irreparable harm in the absence of injunctive relief.

Plaintiff is also advised that motions seeking relief from the Court should not be filed ex parte; Plaintiff must file his motions in a manner that allows Defendants to respond.

Accordingly, Plaintiff's Ex Parte Motion for Preliminary Injunction (ECF No. 30) is DENIED.

IT IS SO ORDERED.

DATED this 21st day of October, 2026.

s/ Michael J. McShane
MICHAEL J. MCSHANE
United States District Judge